# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

VANESSA RODRIGUEZ, ET AL.,                    )
        Plaintiff                                    )
                                   )   **C. A.  NO.**  3:13-cv-10770 -MAP
        v.                                          )
                                   )
OCWEN LOAN SERVICING, LLC, ET AL.,            )
        Defendant                                    )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Ocwen Loan Servicing, LLC, against the plaintiffs, Vanessa Rodriguez, et al., pursuant to the court's endorsed order entered this date, granting the defendant's motion for judgment on the pleadings.

                                        **ROBERT M. FARRELL**,
                                        CLERK OF COURT

Dated: January 2, 2014               /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
        [jgm.]